UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| **A+ PRO RECOVERY AND TOWING LLC** | § | |
| | § | Case No. 22-10132 |
| Debtor. | § | |

**TRUSTEE'S NOTICE OF INTENT TO CONDUCT A RULE 2004 EXAMINATION**

To:   Castine McIlHargey, 2216 Padre Blvd, Ste B 158, South Padre Island, TX 78597-0204

**PLEASE TAKE NOTICE** that Catherine Curtis (the "**Trustee**"), the chapter 7 trustee for the estate of A+ Pro Recovery and Towing LLC (the "**Debtor**"), files this *Notice of Intent to Conduct a Rule 2004 Examination* (the "**Notice**").

**PLEASE TAKE FURTHER NOTICE** this Notice was filed on February 20, 2023 and that per Fed. R. Bankr. P. 2004 and the Southern District of Texas' Local Bankruptcy Rule 2004-1, 14-days' notice must be given to A+ Pro Companies, LLC.

**PLEASE TAKE FURTHER NOTICE** that Castine McIlhargey is to direct its response to Trustee's counsel, J. Maxwell Beatty, The Beatty Law Firm PC, at 1127 Eldridge Pkwy, Suite 300 #383, Houston, Texas 77077 or via email at max@beattypc.com.

**PLEASE TAKE FURTHER NOTICE** if Castine McIlhargey does not serve a response, then the notice to conduct an examination is deemed ordered without require the entry of an order by the Court.

**PLEASE TAKE FURTHER NOTICE** that after the 14-day notice period, the Trustee will serve **Exhibit 1** upon Castine McIlhargey seeking the production of certain documents identified in **Exhibit 1**.

<table>
<tr><td>Date: February 20, 2023</td><td>**THE BEATTY LAW FIRM PC**<br><br>*By: /s/ J. Maxwell Beatty*<br>J. Maxwell Beatty<br>State Bar No. 24051740<br>max@beattypc.com<br>1127 Eldridge Pkwy<br>Suite 300, #383<br>Houston, Texas 77077<br>Tel. 832-529-3381<br>Fax. 832-852-1266<br>*Counsel for the Chapter 7 Trustee*</td></tr>
</table>

## **CERTIFICATE OF CONFERENCE**

I certify that, on February 15, 2023, I attempted to confer with Castine McIlhargey regarding a reasonable examination schedule, including the dates for production, by sending an email to all known email addresses for her. Ms. McIlhargey did not respond.

*/s/ J. Maxwell Beatty*
J. Maxwell Beatty

## **CERTIFICATE OF SERVICE**

I certify that, on February 20, 2023, a true and correct copy of this *Notice of Intent to Conduct a Rule 2004 Examination* was served upon all parties who have requested electronic notice through the Court's ECF system. In addition, a copy was served via U.S. Mail and via email as follows:

Castine McIlHargey
2216 Padre Blvd, Ste B 158
South Padre Island, TX 78597-0204
castine@spi-tow.com
castine.mcintyre@gmail.com

*/s/ J. Maxwell Beatty*
J. Maxwell Beatty