United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 23, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-10132 |
| A+ PRO RECOVERY AND TOWING LLC, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 7 |

**ORDER**
**STRIKING MOTION FOR RELIEF FROM STAY**
*Resolving ECF No. 100*

Pending before this Court is A+ Pro Towing and Recovery, LLC's Motion for Relief from Automatic Stay to Continue Litigation ("*Motion*").[1] The Motion does not satisfy the 25-day requirement governed by this Court's Procedures § IV(a)(1).

It is therefore **ORDERED** that the Motion[2] is hereby **STRUCK**.

SIGNED May 23, 2023

Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[1] ECF No. 100.
[2] *Id.*