**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| **In re:** | § |
| | §  **Chapter 7** |
| **A+ PRO RECOVERY AND TOWING LLC** | § |
| | §  **Case No. 22-10132** |
| Debtor. | § |

**TRUSTEE'S WITNESS AND EXHIBIT LIST**
(Relates to Docket No. 110)

| | |
|---|---|
| **Main Case No:** 22-10132 | **Name of Debtor:** A+ Pro Recovery & Towing, LLC |
| **Adversary No:** n/a | **Style of Adversary:** n/a |
| | |
| **Witnesses:** | |
| Catherine Curtis, Chapter 7 Trustee | **Judge:** Hon. Eduardo V. Rodriguez |
| Any witness called or designated by any other party | **Courtroom Deputy:** Ana Castro |
| Any witness necessary to rebut the testimony of any witness called or designated by any other party | **Hearing Date:** 7/13/2023 |
| | **Hearing Time:** 2:00 p.m. |
| | **Party's Name:** Catherine Curtis, Chapter 7 Trustee |
| | **Attorney's Name:** J. Maxwell Beatty |
| | **Attorney's Phone:** 832-529-3381 |
| | **Nature of Proceeding:** *Trustee's Motion to Approve Compromise Under Rule 9019 Between the Trustee and A-Pro Towing & Recovery LLC* [DE 110] |

**EXHIBITS**

| Ex. | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Claim No. 2 filed by A-Pro Towing and Recovery, LLC | | | | |

Date: July 5, 2023

Respectfully submitted,
**DANIELS & TREDENNICK PLLC**
*By: /s/ J. Maxwell Beatty*
J. Maxwell Beatty
State Bar No. 24051740
max@dtlawyers.com
6363 Woodway Dr., Suite 700
Houston, Texas 77057
Tel. 713-800-3681
Fax. 713-917-0026
*Counsel for the Trustee*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was served on the U.S. Trustee and upon those parties registered to receive ECF notifications in this case on July 5, 2023.

> *<u>/s/ J. Maxwell Beatty</u>*
> J. Maxwell Beatty